UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

––––––

RICHARD JAMES SIMPSON,

                Plaintiff,                  Case No. 1:09-cv-1168

v.                                    Honorable Paul L. Maloney

GEORGE PRAMSTALLER et al.,

                Defendants.

_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

        In accordance with the memorandum opinion entered this day,

        IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis*

because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

        IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay

the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will

result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated: January 15, 2010           /s/ Paul L. Maloney_____
                                 Paul L. Maloney
                                 Chief United States District Judge